IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MEGAN BROWNING and ALLEN KESSELRING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANHEUSER-BUSCH, LLC,<br><br>Defendant. | Case No. 4:20-CV-00889-HFS |

## NOTICE OF SETTLEMENT

Plaintiffs Megan Browning and Allen Kesselring ("Plaintiffs"), jointly with Defendant Anheuser-Busch, LLC ("Defendant"), by and through their undersigned counsel, hereby inform this Court that the Parties have reached a class-wide settlement in principle. Plaintiffs intend on filing a Motion for Preliminary Approval on or before May 20, 2022.

Dated: April 5, 2022

<div style="display: flex;">
<div>

*/s/Tim Dollar*
Tim E. Dollar, Missouri Bar No. 33123
**DOLLAR BURNS & BECKER, L.C.**
1100 Main Street, Suite 2600
Kansas City, MO 64105
Telephone: (816) 876-2600
Facsimile: (816) 221-8763
Email: timd@dollar-law.com

*/s/ Benjamin Heikali*
Benjamin Heikali (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

*/s/ Tim Peter*
Timothy J. Peter (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
1617 John. F. Kennedy Blvd., Suite 1550
Philadelphia, PA 19103
Telephone: (215) 27-5770
Facsimile: (215) 277-5771

*Counsel for Plaintiffs*

</div>
<div>

*/s/ James Bennett*
**DOWD BENNETT LLP**
James F. Bennett #46826
jbennett@dowdbennett.com
Hannah F. Preston #59296
hpreston@dowdbennett.com
Adam J. Simon #72636
asimon@dowdbennett.com
7733 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111

*Counsel for Defendant Anheuser-Busch, LLC*

</div>
</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this date, April 5, 2022 the foregoing document was filed electronically.

Notice of the filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

                                                 */s/ Tim Dollar*
                                                 Tim Dollar