# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MEGAN BROWNING and ALLEN KESSELRING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANHEUSER-BUSCH, LLC,<br><br>Defendant. | Case No. 4:20-CV-00889-SRB |

**UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Megan Browning and Allen Kesselring ("Plaintiffs"), by and through their undersigned counsel, hereby respectfully move this Court for leave to exceed the 15-page limit for their forthcoming Suggestions in Support of Plaintiffs' Motion for Preliminary Approval. Defendant Anheuser-Busch, LLC ("A-B") (together with Plaintiffs, the "Parties") does not oppose this Motion or the relied requested. In support of this Motion, Plaintiffs state the following.

1. On April 5, 2022, the Parties filed a Notice of Settlement, informing the Court that the Parties have reached a class-wide settlement in principle and intend on filing a Motion for Preliminary Approval on or before May 20, 2022. ECF No. 47.

2. Under L.R. 7.0(d), the length of a supporting suggestions brief may not exceed 15 pages, unless otherwise ordered by the Court.

3. In order to adequately outline the settlement and why preliminary approval is warranted, Plaintiffs anticipate needing an additional five (5) pages of briefing for their

forthcoming Suggestions in Support of Plaintiffs' Motion for Preliminary Approval.

4. Counsel for the Parties have met and conferred, and A-B does not oppose this Motion or the relief requested by Plaintiffs.

WHEREFORE Plaintiffs respectfully request, for good cause shown, that this Court enter an Order granting Plaintiffs leave to exceed L.R. 7.0(d)'s 15-page limit by five (5) pages for Plaintiffs' Suggestions in Support of Plaintiffs' Motion for Preliminary Approval.

Dated: May 4, 2022

/s/ Tim Dollar
Tim E. Dollar, Missouri Bar No. 33123
**DOLLAR BURNS & BECKER, L.C.**
1100 Main Street, Suite 2600
Kansas City, MO 64105
Telephone: (816) 876-2600
Facsimile: (816) 221-8763
Email: timd@dollar-law.com

Timothy J. Peter (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
1617 John. F. Kennedy Blvd., Suite 1550
Philadelphia, PA 19103
Telephone: (215) 27-5770
Facsimile: (215) 277-5771

Benjamin Heikali (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, May 4, 2022, the foregoing document was filed electronically. Notice of the filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

*/s/ Tim Dollar*
Tim Dollar
