UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MEGAN BROWNING, ALLEN KESSELRING, TANYA COOPER, JOSEPH ROE, TERRI COLE, and JUDY SCATURRO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANHEUSER-BUSCH, LLC,<br><br>Defendant. | Case No. 4:20-CV-00889-SRB |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR THE FILING OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Megan Browning, Allen Kesselring, Tanya Cooper, Joseph Rose, Terri Cole, and Judy Scaturro ("Plaintiffs"), by and through their undersigned counsel, hereby move this Court to extend the deadline for the filing of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Motion"). Specifically, Plaintiffs respectfully request an additional 30-day extension on the deadline to file Plaintiffs' Preliminary Approval Motion. This requested extension would move Plaintiffs' current deadline from June 10, 2022 to July 11, 2022.[1] Defendant Anheuser-Busch, LLC ("Defendant") does not oppose this motion. In support of this request, Plaintiffs state the following.

1. On April 5, 2022, Plaintiffs and Defendant (collectively, the "Parties") filed a Notice of Settlement, informing the Court that the Parties have reached a class-wide settlement in principle and intend on filing a Preliminary Approval Motion by May 20, 2022. ECF No. 47.

2. On May 16, 2022, the Parties submitted a Joint Motion to Extend the Deadline for The Filing of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement from May 20, 2022 to June 10, 2022. ECF No. 55.

3. On May 17, 2022, the Court granted the Joint Motion to Extend the Deadline for The Filing of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

4. The Parties have been working expeditiously to come to an agreement on the final terms of the class action settlement agreement. Moreover, Class Counsel has now issued subpoenas to 13 third-party retailers, requesting any class member contact information they may have in their possession. Most retailers have responded — some have produced data, some have requested more time to investigate the subpoenas and/or produce the data, and some have requested meet and

---

[1] 30 days after June 10, 2022, is Sunday July 10, 2022. As such, the Parties have agreed to push the date one day back to Monday, July 11, 2022.

1

confer calls to discuss the scope of the subpoenas. Class Counsel has and is currently engaging in meet and confer efforts with a number of the retailers. Additional time is needed to determine whether and which retailers will comply with the subpoenas (or whether court intervention is required), and what contact information (if any) those retailers have in their possession, custody, or control.

5. Additionally, multiple members of Class Counsel are currently ill with COVID-19 after contracting it during the week of May 30, 2022.

6. For the foregoing reasons, the Parties respectfully request a 30-day extension on Plaintiffs' deadline to file the Preliminary Approval Motion.

WHEREFORE Plaintiffs respectfully request, for good cause shown, that this Court enter an Order granting Plaintiffs a 30-day extension on the filing of the Preliminary Approval Motion.

Dated: June 7, 2022

By: */s/ Tim E. Dollar*

Tim E. Dollar, Missouri Bar No. 33123
**DOLLAR BURNS & BECKER, L.C.**
1100 Main Street, Suite 2600
Kansas City, MO 64105
Telephone: (816) 876-2600
Facsimile: (816) 221-8763
Email: timd@dollar-law.com

Timothy J. Peter (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
1617 John. F. Kennedy Blvd., Suite 1550
Philadelphia, PA 19103
Telephone: (215) 27-5770
Facsimile: (215) 277-5771

Benjamin Heikali (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, June 7, 2022, the foregoing document was filed electronically. Notice of the filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

                                          */s/ Tim Dollar*
                                          Tim Dollar