# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MEGAN BROWNING and ALLEN KESSELRING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANHEUSER-BUSCH, LLC,<br><br>Defendant. | Case No. 4:20-CV-00889-HFS |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Megan Browning, Allen Kesselring, Tanya Cooper, Joseph Rose, Terri Cole, and Judy Scaturro ("Plaintiffs"), by and through their undersigned counsel, hereby move this Court pursuant to Fed. R. Civ. P. 23 to: (1) preliminarily approve the class settlement, (2) certify the Settlement Class and Injunctive Relief Class for settlement purposes, (3) preliminarily appoint Dollar, Burns, Becker, & Hershewe L.C. and Faruqi & Faruqi, LLP as Class Counsel, and Plaintiffs as Class Representatives for settlement purposes; (4) approve the form and manner of notice; (5) appoint Epiq Class Action and Claims Solutions, Inc. as the Settlement Administrator; and (6) schedule a Final Approval Hearing. Plaintiffs' Suggestions in Support of this Motion is filed contemporaneously herewith. Plaintiffs have conferred with Defendant Anheuser-Busch, LLC ("A-B"), and A-B is **unopposed to the relief requested in this motion**.

Dated: July 18, 2022

*/s/Tim E. Dollar*
Tim E. Dollar, Missouri Bar No. 33123
**DOLLAR BURNS & BECKER, L.C.**
1100 Main Street, Suite 2600
Kansas City, MO 64105
Telephone: (816) 876-2600
Facsimile: (816) 221-8763
Email: timd@dollar-law.com

Timothy J. Peter (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
1617 John. F. Kennedy Blvd., Suite 1550
Philadelphia, PA 19103
Telephone: (215) 27-5770
Facsimile: (215) 277-5771

Benjamin Heikali (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

*Counsel for Plaintiffs*