UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MEGAN BROWNING, ALLEN KESSELRING, TANYA COOPER, JOSEPH ROSE, TERRI COLE, and JUDY SCATURRO, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>ANHEUSER-BUSCH, LLC,<br><br>       Defendant. | Case No. 4:20-CV-00889-SRB |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Megan Browning, Allen Kesselring, Tanya Cooper, Joseph Rose, Terri Cole, and Judy Scaturro ("Plaintiffs"), by and through their undersigned counsel, hereby move this Court pursuant to Fed. R. Civ. P. 23 for entry of a Final Approval Order approving the terms of the proposed settlement agreement and entry of a Final Judgment. Plaintiffs' Suggestions in Support of this Motion is filed contemporaneously herewith. Plaintiffs have conferred with Defendant Anheuser-Busch, LLC ("A-B"), and A-B is **unopposed to the relief requested in this motion**.

Dated: October 28, 2022

/s/ Tim E. Dollar
Tim E. Dollar, Missouri Bar No. 33123
**DOLLAR BURNS & BECKER, L.C.**
1100 Main Street, Suite 2600
Kansas City, MO 64105
Telephone: (816) 876-2600
Facsimile: (816) 221-8763
Email: timd@dollar-law.com

Timothy J. Peter (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
1617 John. F. Kennedy Blvd., Suite 1550
Philadelphia, PA 19103
Telephone: (215) 27-5770
Facsimile: (215) 277-5771
Email: tpeter@faruqilaw.com

*Counsel for Plaintiffs and the Settlement Classes*