# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MEGAN BROWNING, ALLEN KESSELRING, TANYA COOPER, JOSEPH ROSE, TERRI COLE, and JUDY SCATURRO, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br> vs.<br><br>ANHEUSER-BUSCH, LLC,<br><br>   Defendant. | Case No. 4:20-CV-00889-SRB |

## PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES AND COSTS AND CLASS REPRESENTATUVE SERVICE AWARDS

**PLEASE TAKE NOTICE** that on December 2, 2022 at 9:30 a.m., at Charles Evans Whittaker U.S. Courthouse, 400 E. 9th Street, Courtroom B, Kansas City, MO 64106, Plaintiffs, through their undersigned attorneys, will move this Court, before the Honorable Stephen R. Bough, United States District Judge, Western District of Missouri, for an award of attorneys' fees and costs in the amount of $2,100,000, and Class Representative Service Awards in the amount of $2,500 to each of the Plaintiffs.

This Motion is based on this Notice of Motion, the accompanying Suggestions, the Declarations of Tim E. Dollar, Timothy J. Peter, Cameron Azari, Megan Browning, Allen Kesselring, Tanya Cooper, Joseph Rose, Terri Cole, and Judy Scaturro, the Settlement Agreement and exhibits thereto, the complete files and records in this action, and any further evidence as the Court may receive.

Dated: October 28, 2022

*/s/ Tim E. Dollar*
Tim E. Dollar, Missouri Bar No. 33123
**DOLLAR BURNS & BECKER, L.C.**
1100 Main Street, Suite 2600
Kansas City, MO 64105
Telephone: (816) 876-2600
Facsimile: (816) 221-8763
Email: timd@dollar-law.com

Timothy J. Peter (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
1617 John. F. Kennedy Blvd., Suite 1550
Philadelphia, PA 19103
Telephone: (215) 27-5770
Facsimile: (215) 277-5771

Facsimile: (424) 256-2885

*Counsel for Plaintiffs and the Settlement Classes*